&GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**JASON LEGGETT**

Crim. No.  5:05-CR-00052-001 (CAR)

Jason Leggett has substantially complied with the rules and regulations of supervised release. His case does not meet the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts as he was sentenced as an armed career criminal. However, based on his compliance while under supervision, his case meets the Chief U.S. Probation Officer's early termination exception guidance, and it is the opinion of the U.S. Probation Office he is no longer in need of supervision.

Respectfully submitted,

*Amanda G. Reed*

Amanda G. Reed
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __9__ day of __July__, 2023.

*C. Ashley Royal*
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE